GEORGE E. STEEL and Others, Appellants, v. WASHINGTON F. NORTON and Others, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich and Blackmar, JJ., concurred.

A. C. N. THOMPSON, as Trustee, etc., Respondent, v. SAMUEL HAYNE CHRISTIE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

---

## THIRD DEPARTMENT, JANUARY, 1918.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ST. GEORGE HARVEY, Respondent, v. EDWIN DUFFEY, Commissioner of Highways of the State of New York, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the opinion of Chester, J., at Special Term. (Reported in 101 Misc. Rep. 641.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. CAHILL, Respondent, v. HERBERT S. SISSON, as Commissioner of Excise of the State of New York, Appellant.— Order unanimously affirmed, on the opinion of Chester, J., at Special Term, with ten dollars costs and disbursements. (Reported in 103 Misc. Rep. 717, *sub nom. People ex rel. Cahill v. Green.*)

THE BALLSTON REFRIGERATING STORAGE COMPANY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied.

WILLIAM CLARK, Respondent, v. LEONARD D. LORD, Appellant.— Judgment and order unanimously affirmed, with costs.

ELIZABETH DOETSCH, Respondent, v. HERMAN DOETSCH, Defendant. JOHN ZIMMERMAN, Junior Creditor, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

WILLIAM F. FEECK, as Administrator, etc., of WILLIAM B. BARTHOLOMEW, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion granted. Henry T. Kellogg, J., not sitting.

THE GLASS BAKERY, Respondent, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Motion denied.

ALBERT A. HELLWIG, Respondent, v. THE CITY OF GLOVERSVILLE, Appellant.— Motion granted.

THE HELDERBERG CEMENT COMPANY, Respondent, v. INTER-CONTINENTAL CONSTRUCTION CORPORATION, Appellant.— Motion denied.

JANNETTE HAYES, Respondent, v. HUDSON RIVER TELEPHONE COMPANY, Appellant.— Motion denied.

WILLIAM L. HAYDEN, Respondent, v. J. ADDISON MOTT, Appellant.— Appeal dismissed, with ten dollars costs.

CORNELIUS KAHLEN and ANNA KAHLEN, His Wife, Claimants, Appellants, v. STATE OF NEW YORK, Respondent.— Motion granted.